Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:    (702) 259-7777
Fax:    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Kazeem Shinaba*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KAZEEM SHINABA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BOMBARD ELECTRIC, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No: 2:26-cv-01404-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO DISMISS**

It is hereby stipulated by and between Plaintiff Kazeem Shinaba ("Plaintiff" or "Shinaba") and Defendant Bombard Electric, LLC ("Defendant") (collectively, "the parties"), by and through their respective attorneys of record, that Plaintiff shall have an extension up to and including **June 10, 2026**, for Plaintiff to file his Response to Defendant's Motion to Dismiss (ECF No. 5). Moreover, the parties stipulate and agree that Defendant shall receive a reciprocal extension for the reply, extending the deadline from June 3, 2026 to **July 1, 2026**. This stipulation is submitted per LR IA 6-1. Defendant filed its Motion to Dismiss on May 13, 2026 and Plaintiff's Response is currently due on May 27, 2026. *See* ECF No. 5. This is the first request for an extension to file Plaintiff's Response to Defendant's Motion to Dismiss and for an extension to file Defendant's Reply.

Page 1

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

This request is based upon the following:

1.    Defendant filed its Motion to Dismiss on May 13, 2026. ECF No. 5.

2.    Plaintiff's responsive pleading is currently due May 27, 2026. *See* ECF No. 5.

3.    This is the first request for an extension of time for Plaintiff to file his response.

4.    This request for extension is made in good faith and good cause supports the request.

5.    For example, and unfortunately, Plaintiff's lead trial counsel has recently suffered a ruptured ligament and an ocular injury, requiring a great deal of counsel's time and attention. Additionally, Plaintiff's counsel's firm's other attorney has pre-scheduled out-of-jurisdiction travel scheduled in the interim.

6.    Plaintiff has requested this extension and Defendant has graciously accepted. Plaintiff has also agreed to provide a reciprocal extension for the Defendant's Reply.

7.    Therefore, the parties agree that the deadline to file Plaintiff's Response to Defendant's Motion to Dismiss Complaint shall be extended from May 27, 2026 to **June 10, 2026**, and the deadline to file Defendant's Reply to Defendant's Motion shall be extended from June 3, 2026 to **July 1, 2026.**

/ / /

**GABROY | MESSER**
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

Page 2

8.     No party is prejudiced by this request and this request is made in good faith and not for purposes of delay.

Dated this 25th day of May 2026.

GABROY | MESSER

By:  /s/ Christian Gabroy
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

Dated this 25th day of May 2026.

WILLIAMS STARBUCK

By: /s/ Donald Williams
Donald Williams
(#5548)
612 South Tenth Street
Las Vegas, Nevada 89101
dwilliams@dhwlawlv.com

Roger L. Grandgenett II
(#6323)
Michael D. Dissinger
(#15208)
McCade Wing
(#16652)
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
rgrandgenett@littler.com
mdissinger@littler.com
mwing@littler.com

*Attorneys for Defendant*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____5/26/2026_____

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX:  (702) 259-7704