Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
McCade Wing, Esq.
Nevada Bar No. 16652
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
rgrandgenett@littler.com
mwing@littler.com

Donald Williams, Esq.
Nevada Bar No. 5548
Williams Starbuck
612 South Tenth Street
Las Vegas, NV 89101
Telephone:  702-320-7755
Facsimile:   702-320-7760
Dwilliams@dhwlawlv.com

Attorneys for Defendant
BOMBARD ELECTRIC, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAZEEM SHINABA, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>BOMBARD ELECTRIC, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>         Defendants. | Case No. 2:26-cv-01404-JAD-MDC<br><br>**MOTION TO REMOVE COUNSEL MICHAEL D. DISSINGER, ESQ. FROM THE CM/ECF SERVICE LIST** |

        Defendant BOMBARD ELECTRIC, LLC ("Defendants") hereby move this Court for an

Order removing Michael D. Dissinger, Esq. from the electronic service list for this case.

/ / /

/ / /

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

Mr. Dissinger is no longer be affiliated with Littler Mendelson P.C as of May 29, 2026. and, therefore, no longer represents Defendant BOMBARD ELECTRIC, LLC and will no longer be involved in this matter. As such, Defendants respectfully request that this Court grant an Order removing him from the electronic service list for this case.

Dated:  June 8, 2026

IT IS SO ORDERED.

/s/ Roger L. Grandgenett II
Roger L. Grandgenett II, Esq.
McCade Wing, Esq.
LITTLER MENDELSON

Donald Williams, Esq.
WILLIAMS STARBUCK

Attorneys for Defendant
BOMBARD ELECTRIC, LLC

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 6-10-26

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

2

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 8474 Rozita Lee Avenue, Suite 200, Las Vegas, Nevada 89113.4770.  On June 8, 2026, I served the within document(s):

**MOTION TO REMOVE COUNSEL MICHAEL D. DISSINGER, ESQ. FROM THE CM/ECF SERVICE LIST**

☒  By **CM/ECF  Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system.

Christian Gabroy
Kaine Messer
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
christian@gabroy.com
kmesser@gabroy.com

Attorneys for Plaintiff
KAZEEM SHINABA

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8, 2026, at Las Vegas, Nevada.

/s/  Joanne Conti
Joanne Conti

4928-2152-2867.1 / 119151.1003

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

3